**SWEDER & ROSS LLP**
21 Custom House Street, Suite 300
Boston, Massachusetts 02110

TELEPHONE: 617.646.4466
FACSIMILE: 617.646.4470

FILED
IN CLERKS OFFICE

2004 SEP 24  P 1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 24, 2004

**BY HAND**

Clerk of Court
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:    <u>Brandon Associates, LLC v. Failsafe Air Safety Systems Corp.</u>
             Case No. 04 12013 NMG

Dear Sir/Madam:

    Enclosed for filing and notation on the docket, pursuant to 28 U.S.C. § 1446 and Fed.R.Civ.P., Local Rule 81.1(a), please find <u>certified</u> copies of all docket entries in the state court.

                                    Sincerely,

                                    Kenneth A. Sweder

KAS:mm
Enclosure
cc:  Stacy J. Silveira, Esq.
     Alan R. Feurstein, Esq.