UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 24  A 9:11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRANDON ASSOCIATES, LLC,<br>    Plaintiff<br><br>v.<br><br>FAILSAFE AIR SAFETY SYSTEMS<br>CORP., BLUE SAGE CONSULTING,<br>INC., EICON MEDICAL,<br>DEBRA ESPE, ALAN FEUERSTEIN,<br>    Defendants | Civil Action No. 04 12013NMG |

FILING FEE PAID:
RECEIPT # 53887
AMOUNT $ 3100
BY DPTY CLK
DATE

MOTION FOR PRO HAC VICE APPEARANCE

Stacy J. Silveira moves this Court for leave to appear in the above captioned matter pursuant to Local Rule 83.5.3.

Ms. Silveira is an active member in good standing of the Bar in the State of Massachusetts. She was admitted to the bar in 2002.

Respectfully submitted on the 22nd day of September, 2004.

Stacy J. Silveira, Esq.
BBO # 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
Tel: (617) 695-8949

R. Michael Cassidy, Esq.
BBO # 547767
Assistant Professor
Boston College Law School
885 Centre Street
Newton, MA 02459
Tel: (617) 552-4343

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twenty-fifth day of January A.D. 2002, said Court being the highest Court of Record in said Commonwealth:

### Stacy Jane Silveira

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-first day of September in the year of our Lord Two thousand and four.

*MAURA S. DOYLE,* Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116