UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 SEP 24 A 9: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BRANDON ASSOCIATES, LLC<br>Plaintiff<br><br>v.<br><br>FAILSAFE AIR SAFETY SYSTEMS<br>CORP., BLUE SAGE CONSULTING,<br>INC., EICON MEDICAL,<br>DEBRA ESPE, ALAN FEUERSTEIN<br>Defendants | CIVIL ACTION<br><br>NO. 04 12013NMG |

### MOTION TO AMEND THE VERIFIED COMPLAINT AND ACTION TO REACH AND APPLY

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff Brandon Associates, LLC hereby moves to amend its Verified Complaint and Action to Reach and Apply. The original complaint was filed in Massachusetts Superior Court on September 8, 2004.

Respectfully Submitted,

Brandon Associates, LLC
By its Attorney,

_Stacy J. Silveira_
Stacy J. Silveira, Esq.
BBO No. 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
(617) 695-8949

Dated: September 23, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by United States Mail or hand delivery, this 23rd day of September, 2004 to the following:

FailSafe Air Safety Systems Corp., to its attorneys:
Kenneth A. Sweder, Esq.
Laurie M. Ruskin, Esq.
Sweder & Ross LLP
21 Custom House Street, Suite 300
Boston, MA 02110

Pamela Campagna
President
Blue Sage Consulting, Inc.
6 Hearthstone Road
Hopkington, MA 01748.

Debra Espe
4099 Burka Pkwy.
Blasdell, NY 14219.

Eliot S. Lazar, MS, MD,
President
elCON Medical Consulting
126 Devonshire Road
Buffalo, NY

Alan Feuerstein, Esq.
Principal
Feuerstein & Smith, LLP
17 Saint Louis Place
Buffalo, NY 14202.

_____
Stacy J. Silveira, Esq.
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
BBO # 650675

Dated: September 23, 2004