UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -4 P 2: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRANDON ASSOCIATES, LLC ) <br> Plaintiff ) <br> ) <br> ) CIVIL ACTION <br> v. ) <br> ) NO. 04 12013NMG <br> FAILSAFE AIR SAFETY SYSTEMS ) <br> CORP., BLUE SAGE CONSULTING, ) <br> INC., ELCON MEDICAL, ) <br> DEBRA ESPE, ALAN FEUERSTEIN ) <br> Defendants ) | |

### MOTION TO REDACT THE AMENDED VERIFIED COMPLAINT

The Plaintiff Brandon Associates, LLC hereby moves to redact certain portions of the Exhibits to the amended verified complaint which may or may not be confidential but were unintentionally included in said documents.

Respectfully Submitted,

Brandon Associates, LLC
By its Attorney,

/s/ Stacy J. Silveira

Stacy J. Silveira, Esq.
BBO No. 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
(617) 695-8949

Dated: October 4, 2004

## AFFIDAVIT

I, Stacy Silveira, hereby submit that certain information that may or may not be confidential information was unintentionally placed in the Exhibit Section of this complaint. I further submit that I immediately moved to remedy this potential problem by moving to redact certain portions of said documents upon learning of their inclusion.

*[signature]*
Stacy J. Silveira, Esq.
BBO No. 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
(617) 695-8949

Dated: October 4, 2004

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING HAS BEEN FURNISHED BY UNITED STATES MAIL THIS 4TH DAY OF OCTOBER, 2004, TO THE FOLLOWING:

FailSafe Air Safety Systems Corp., to its attorneys:
Kenneth A. Sweder, Esq.
Laurie M. Ruskin, Esq.
Sweder & Ross LLP
21 Custom House Street, Suite 300
Boston, MA  02110

Pamela Campagna
President
Blue Sage Consulting, Inc.
6 Hearthstone Road
Hopkington, MA  01748.

Debra Espe
4099 Burka Pkwy.
Blasdell, NY 14219.

Eliot S. Lazar, MS, MD,
President
elCON Medical Consulting
126 Devonshire Road
Buffalo, NY

Alan Feuerstein, Esq.
Principal
Feuerstein & Smith, LLP
17 Saint Louis Place
Buffalo, NY 14202.

Stacy J. Silveira, Esq.
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MAA 02116
BBO # 650675