

**BRANDON ASSOCIATES, LLC**
STATE, FEDERAL & INTERNATIONAL GOVERNMENT RELATIONS
ONE HUNDRED SIXTY COMMONWEALTH AVENUE
BOSTON, MA 02116

Kenneth Sweder, Esq.
Sweder & Ross, LLP
21 Custom House St., Suite 300
Boston, MA 02110