UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2004 OCT -6  P 3:16

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

| | |
|---|---|
| BRANDON ASSOCIATES, LLC<br>    Plaintiff<br><br>v.<br><br>FAILSAFE AIR SAFETY SYSTEMS<br>CORP., BLUE SAGE CONSULTING,<br>INC., ELCON MEDICAL,<br>DEBRA ESPE, ALAN FEUERSTEIN<br>    Defendants | CIVIL ACTION<br><br>NO. 04 12013NMG |

## AFFIDAVIT

I, Stacy Silveira, hereby submit that I served the Summons and Verified Complaint and Action to Reach and Apply, originally filed in Massachusetts Superior Court, upon the defendant FailSafe Air Safety Systems Corp. (Paul Chirayath, President), by United States Postal Service Express Mail in accordance with Massachusetts Rules of Civil Procedure Rule 4(e)(3) and in accordance with the terms of the Contracts (Exhibits A & B of the Verified Complaint) in which both Parties consented to "exclusive personal jurisdiction" of the courts of the Commonwealth of Massachusetts and to "service of process by certified mail or national overnight carrier."

_____
Stacy J. Silveira, Esq.
BBO No. 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
(617) 695-8949

Dated: October 6, 2004


**UNITED STATES POSTAL SERVICE**

Date: 09/13/2004

STACY J. SILVEIRA:

The following is in response to your 09/13/2004 request for delivery information on your Express Mail item number ER41 7134 841U S. The delivery record shows that this item was delivered on 09/10/2004 at 10:56 AM in TONAWANDA, NY 14150 to P MC LEAN. The scanned image of the recipient information is provided below.

Signature of Recipient: *Pat McLean* — Delivery Section
PAT Mc LEAN

Address of Recipient: 79 Fillmore

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

USPS Express Mail label (Customer Copy, Label 11-B September 2002), tracking number ER 417134841 US. Handwritten entries are largely illegible.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record, listed below, for each party by placing the enclosed documents in the United States mail on October 6, 2004.

For FailSafe Air Safety Systems Corp., ElCon Medical, Debra Espe, and Alan R. Feuerstein, to their attorneys:

Laurie M. Ruskin, Esq.
Kenneth A. Sweder, Esq.
Sweder & Ross LLP
21 Custom House Street, Suite 300
Boston, MA 02110

For Blue Sage Consulting, to its attorney:

Robert N. Wilson, Esq.
The Law Office of Robert Wilson
39 Main Street
Ayer, MA 01432

_____
Stacy J. Silveira, Esq.
BBO No. 650675
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116
(617) 695-8949