# BRANDON ASSOCIATES, LLC

**STATE, FEDERAL & INTERNATIONAL GOVERNMENT RELATIONS**

160 COMMONWEALTH AVENUE · BOSTON, MASSACHUSETTS 02116
TELEPHONE (617) 695-8949 · FAX (617) 695-0551

BOSTON, MA ♦ PROVIDENCE, RI ♦ WASHINGTON, D.C.
www.brandonassociatesllc.com

September 27, 2004

Suffolk County Sheriff's Department
Civil Process Division
45 Bromfield Street
Boston, MA 02108

Dear Sir or Madam,

Enclosed please find a check for $50.00 and a summons and complaint that I would like to have served upon the following individual:

Kenneth A. Sweder, Esq.
Sweder & Ross, LLC
21 Custom House Street, Suite 300
Boston, MA 02110

Please contact me at (617) 695-8949 with any questions.

Sincerely,

*Stacy J. Silveira*

Stacy J. Silveira, Esq.
General Counsel
Brandon Associates, LLC
160 Commonwealth Avenue
Boston, MA 02116