
Suite 501
3980 Sheridan Drive
Amherst, NY 14226

- Home
- Sponsor Services ▶
- Collaborative Programs ▶
- Who We Are ▶
- Join Investigator Network
- Contact Us



# Our Professional Staff

**Jerome J. Schentag, Pharm.D.**
Chief Executive Officer
jschentag@cplassociates.com

**Martin H. Adelman, Ph.D.**
Chief Information Officer
madelman@cplassociates.com

**Mary-Jo Jagord, M.B.A.**
Chief Financial Officer
mjjagord@cplassociates.com

**Alan Forrest, Pharm.D.**
Pharmacometrics and Biostatistics
aforrest@buffalo.edu

**Joseph A. Paladino, Pharm.D., FCCP**
Pharmacoeconomics/Outcomes Research
jpaladino@cplassociates.com

**Pamela Moise-Broder, Pharm.D.**
Anti-Infective and Sepsis Research
pbroder@cplassociates.com

**Judith Hyatt, Pharm.D.**
Microbiology and Oncology
jhyatt@cplassociates.com

**Jeffrey A. Tuttle, B.S.**
Technology Assessment
jtuttle@cplassociates.com

info@cplassociates.com        Phone: 716-839-4931        Fax: 716-839-5138

http://www.pharmacokinetics.com/cplassociates/staff.asp        10/14/2004