# Clinically Safe Air Systems

**PORTABLE ISOLATION SYSTEMS**

MULTIFUNCTION PORTABLE
NEGATIVE PRESSURE INFECTION ISOLATION SYSTEMS

Distributed by Safe-Air Systems
Division of CPL Associates, LLC

(866) 737-7476 (Toll Free)
(716) 839-5138 (Fax)

Email: info@safe-air.us
Web: www.safe-air.us