# Air Safety Systems

- Formed in 2002; Patent awarded
- National and global distribution channels established for Healthcare equipment
- FDA 510K clearance for current air safety Processes and Equipment
  - Bacterial, fungal, viral removal
- Dual Use technology-also applicable to remediation of Bio-terrorism