CPL Associates, LLC
3980 Sheridan Drive, Suite 501
Amherst, NY 14226

*Safe-Air Systems*

*Capture, Contain, Neutralize.*

(866) 737-7476 (Toll Free)
(716) 839-5138 (Fax)
info@safe-air.us

- Home
- News
- Products
  - Introduction (Video / Slides)
  - Portable Isolation Bed
  - Isolation Wheelchair
  - Portable Containment
  - PICS Isolation Shelter
- Support
  - FAQ
  - Contact Us

### Prevent the Spread of Airborne Infections

A Patented Air Safety Process Utilizing HEPA Filtration and Germicidal UV Disinfection to Both Remove and Reduce Bacteria and Virus Exposure Risk to Staff and Visitors



**All medical units surpass CDC standards for isolating and controlling airborne infections, and are FDA approved and OSHA compliant.**

**Manufactured by Failsafe Air Safety Systems, Tonawanda, NY**



### Portable Isolation Bed Medical Unit

Converts any room or open space into an "isolation room" in minutes. Wheel it anywhere; it's always ready for immediate use.



### Transport Isolation Wheelchair Medical Unit

Provides state-of-the-art isolation on wheels. You can safely move an infected patient among an unprotected population.



### PICS Portable Isolation Containment System

Portable shelter provides both positive and negative pressure environments for infectious and / or noninfectious patients. A SURGE CAPACITY solution.



### FASS HAZMAT - Mobile Containment

This portable unit eliminates biohazards, neutralize odors and treats contaminated areas.