

**Pamela Campagna**
**Director, Marketing and Channel Relations**

pcampagna@fasscorp.com
Tel 508.497.9999
Fax 716.497.0010

www.fasscorp.com
P.O. Box 554
Hopkinton, MA 01748