# PAMELA CAMPAGNA

P.O. BOX 554 • HOPKINTON, MA 01748
PHONE 508-497-9999 • FAX 508-497-0010 •
E-MAIL PAMELAC@BLUE-SAGECONSULTING.COM

## SUMMARY OF QUALIFICATIONS AND EXPERIENCE

Seasoned marketing, sales and operations professional well versed in multiple industries. Exceeds in complex, cross-departmental situations that typically require strategy and execution in challenging circumstances.

2002- present           *FailSafe Air Safety Systems Corporation*           Tonawanda, NY
**VICE PRESIDENT, MARKETING AND SALES**
Responsible for marketing, sales and operations of start up medical device company.

1997 – present          *Blue Sage Consulting, Inc.*          Hopkinton, MA
**PRINCIPAL**
Successful consulting practice specializing in strategic planning and tactical implementation of marketing and business development projects, with an emphasis on pharmaceutical, medical device and technology companies.

2002 – present          *Blue Sage Properties, LLC*          Hopkinton, MA
**PRESIDENT**
Residential and commercial property acquisition and renovation business.

1998-2003               *Carroll School of Management, Boston College*          Newton, MA
                        *Bouvé College of Health, Northeastern University*          Boston, MA
**ADJUNCT PROFESSOR**
Part time professor at graduate and undergraduate levels. Courses taught include International Marketing, Managing in Global Environments, Sales Management and Business and Communications.

1995 – 1997             *FTP Software, Inc.*          Andover, MA
**DIRECTOR, GLOBAL SALES OPERATIONS**
• Managed sales operations teams in the U.S. and the U.K., responsible for processing and coordinating sales transactions totaling $120 million, in support of the global sales organization.

• Directed sales functions, including the administration of sales commissions and management of the maintenance services sales group.

• Worked with cross-functional teams to deliver sales programs, sales tools and events in support of selling activities, achieving an increase in company and brand recognition.

**DIRECTOR, BUSINESS DEVELOPMENT**
• Participated in acquisition negotiations of Firefox Communications, Inc., valued at $60 million, including due diligence and technology valuation activities working with investment bankers, auditors and target company.

• Defined business transition plan for integrating worldwide operations, product plans, sales channels, organizations and communications of both companies on a 6-month schedule.

**PRODUCT LINE MANAGER,** OnNet Product Family

- Successfully directed Product Managers and the launch of several products, including a significant upgrade to the company's flagship product, OnNet 2.0.

- Investigated potential vendors and business opportunities for terminal emulation technology, resulting in an extension of FTP's product line.

*1990 – 1995*　　　　　　　　*Banyan Systems, Inc.*　　　　　　　　*Westboro, MA*
PRODUCT LINE MANAGER, ENS for UNIX and VINES
- Identified, developed, promoted and marketed Banyan's ENS for UNIX product line.
- Planned and defined product releases of VINES, the company's $75MM flagship enterprise software product, including VINES 5.0, a significant new release. Coordinated product migration and upgrade plans with sales and operations.

PRODUCT MANAGER, Client Products
- Overall responsibility for DOS, Windows, NetBIOS, OS/2 and Macintosh desktop support in Banyan products.
- Defined features and functionality for Banyan's first Macintosh client product.
- Product Marketing contact for key vendor relationships with Apple, Microsoft and IBM.

*1984 – 1990*　　　　　　　　*Lotus Development Corporation*　　　　　　　　*Cambridge, MA*
MANAGER, Channel Marketing
- Co-managed multi-million dollar channel marketing fund that resulted in worldwide revenue increase of more than 25% for Lotus 1-2-3 products.

BUSINESS DEVELOPMENT MANAGER
- Prospected, evaluated and recommended products to expand the Lotus product line, resulting in the acquisition of a west coast development group and their technology.

PRODUCT MARKETING MANAGER
- Held various roles of increasing responsibility in the product marketing group responsible for Lotus' first Macintosh product, Lotus Jazz.
- Assisted in product marketing activities, including press briefings, channel training and speaking engagements.

## EDUCATION

| | |
|---|---|
| 1982 – 1984 | The American University; Washington, DC<br>M.B.A. International Business |
| 1983 | The American University; Center for Research and Documentation of the European Community; Certificate of Expertise in European Integration |
| 1977 – 1980 | State University of New York at Albany; Albany, NY<br>B.A., French and Music |
| 1979-1980 | L'Université de Grenoble; Grenoble, France<br>Foreign exchange program |

## COMMUNITY ACTIVITIES

| | |
|---|---|
| 2003-2004 | School Council Member, Hopkinton Middle School |
| 1998- 2003 | Board Member, Hopkinton Parent Teacher Association (HPTA) |
| 1997- 2000 | Chairperson, Technology Task Force (HPTA) |
| 1997-1999 | Chairperson, Annual Hopkinton Technology Day (HPTA) |
| 1996-1999 | Patriot's Trail Girls Scouts, Project Leader |
| 1996-2000 | Panelist, MIT Enterprise Forum Start-up Clinics |
| 1996-2001 | Hopkinton Youth Soccer Association, Equipment Manager |