AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Brandon Associates, LLC

V.

**SUMMONS IN A CIVIL CASE**

FailSafe Air Safety Systems, Corp.,
Blue Sage Consulting, Inc., ElCon
Medical, Debra Espe, Alan Feuerstein

CASE No. 04 12013NMG

TO: (Name and address of Defendant)   Blue Sage Consulting, Inc., to its attorney
Robert N. Wilson, Esq., Member
The Law Office of Robert Wilson
39 Main Street
Ayer, MA        01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stacy J. Silveira, Esq., General Counsel
Brandon Associates, LLC
160 Commonwealth Ave.
Boston, MA        02116

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

_Sept 24, 2004_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

September 30, 2004

I hereby certify and return that on 9/29/2004 at 3:40PM I served a true and attested copy of the SUMMONS,AMENDED VERIFIED COMPLAINT,MOTION TO AMEND COMPLAINT & EXHIBITS in this action in the following manner: To wit, by delivering in hand to ROBERT WILSON, agent, person in charge at the time of service for BLUE SAGE CONSULTING, INC., at , 46 WASHINGTON Street, ROBERT N. WILSON, ESQ. Ayer, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($17.20) Total Charges $57.70

*George N Whitman*
*Deputy Sheriff*

**G**  Other (specify): _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
         Date                          *Signature of Server*

                              _____
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.