UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRANDON ASSOCIATES, LLC )<br>    Plaintiff )<br>)<br>)<br>v. )<br>)<br>FAILSAFE AIR SAFETY SYSTEMS )<br>CORP., BLUE SAGE CONSULTING, )<br>INC., ELCON MEDICAL, )<br>DEBRA ESPE, ALAN FEUERSTEIN )<br>    Defendants )<br>) | CIVIL ACTION<br><br>NO. 04 12013NMG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, counsel for plaintiff Brandon Associates, LLC certifies the following:

Plaintiff Brandon Associates, LLC is a limited liability company having its principal place of business in Boston, Massachusetts. Plaintiff Brandon Associates, LLC has no parent corporations. No publicly held company owns 10 percent or more of the stock of Brandon Associates, LLC.

                                                          _____
                                                          Stacy J. Silveira, Esquire
                                                          General Counsel
                                                          BBO # 650675
                                                          Brandon Associates, LLC
                                                          160 Commonwealth Avenue
                                                          Boston, MA 02116
                                                          (617) 695-8949