AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Brandon Associates, LLC

v.

FailSafe Air Safety Systems, Corp.,
Blue Sage Consulting, Inc., EICon
Medical, Debra Espe, Alan Feuerstein

**SUMMONS IN A CIVIL CASE**

CASE No. 04 12013NMG

TO: (Name and address of Defendant)

FailSafe Air Safety Systems Corp., to its attorney:
c/o Kenneth A. Sweder, Esq.
Sweder & Ross, LLP
21 Custom House Street, Suite 300
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stacy J. Silveira, Esq., General Counsel
Brandon Associates, LLC
160 Commonwealth Ave.
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              Sept 29 2004

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

[faded text of return of service]

_____
Deputy Sheriff

G   Other (specify): _____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                         _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.