AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Brandon Associates, LLC

v.

Failsafe Air Safety Systems Corp.,
Blue Sage Consulting Inc., Tifon
Medical Japan, pp Alan Feverstein

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12013 NMG

TO: (Name and address of Defendant)   Alan Feverstein c/o his atty —
Kenneth A. Sweder, Esq.
Laurie Ruskin, Esq.
Sweder & Ross LLC
21 Custom House St, Ste 300
Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stacy J. Silveira, Esq.
General Counsel
Brandon Associates, LLC
160 Commonwealth Ave.
Boston, MA   02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    10-18-04

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
Suffolk, ss.

```
October 26, 2004
I hereby certify and return that on 10/22/2004 at 12:05PM I served a true and
attested copy of the Summons and Verified Complaint in this action in the following
manner: To wit, by delivering in hand to K.Dyser,Recep & agent in charge at time of
service,  for Alan Feverstein, at SWeder & Ross, LLc, 21 Custom House Street,
Kenneth A. Sweder, Esq Boston, MA 02110. Basic Service Fee (IH) ($30.00), Postage
and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00
```

Deputy Sheriff    John Cotter                              _____
                                                                   Deputy Sheriff