AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSAChusetts__

Tronin Associates LLC

V.

FailSafe Air Safety Systems Corp.,
Life Care Providers, Inc., elCON
Medical, Debra Espe, A...

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-12013 NMG

TO: (Name and address of Defendant) elCON Medical, care of its attorneys
Kenneth A. Sweder, Esq.
Laurie Ruskin, Esq.
Sweder & Ross LLP
21 Custom House St, Suite 300
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stacey J. Silveira, Esq.
General Counsel
Tronin Associates, LLC
160 Commonwealth Ave.
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

10-18-04

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

                                      _____
                                      Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

October 26, 2004
I hereby certify and return that on 10/22/2004 at 12:05PM I served a true and attested copy of the Summons and Verified Complaint in this action in the following manner: To wit, by delivering in hand to K.Dysar,Recep & agent in charge at time of service, for elCon Medical, at Sweder & Ross, LLC, 21 Custom House Street, Kenneth A. Sweder, Esq Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                                  Deputy Sheriff