AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Brandon Associates, LLC

**SUMMONS IN A CIVIL ACTION**

V.

FailSafe Air Safety Systems Corp.,
Dive Safe Incorporated, Elcon
Medical, Debra Espe, Alan Feuerstein

CASE NUMBER: 04-12013 NMG

TO: (Name and address of Defendant) Debra Espe, care of her attorneys
Ferrato Sweder, Esq.
Laurie Ruskin, Esq.
Sweder & Ross, LLP
21 Custom House, Ste. 300
Boston, MA 02_ _

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stacy J. Silveira, Esq.
General Counsel
Brandon Associates LLC
160 Commonwealth Ave.
Boston, MA 02_ _

an answer to the complaint which is served on you with this summons, within ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                       10-18-04
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date           *Signature of Server*

                               _____
                               *Address of Server*

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

October 26, 2004

I hereby certify and return that on 10/22/2004 at 12:05PM I served a true and attested copy of the Summons and Verified Complaint in this action in the following manner: To wit, by delivering in hand to K.Dyser,Recep & agent in charge at time of service, for Debra Espe, at Sweder & Ross, LLC, 21 Custom House Street, Kenneth A. Sweder, Esq Boston, MA 02110. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00

Deputy Sheriff John Cotter            Deputy Sheriff

