UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ASSOCIATES, LLC,
        Plaintiff,

CA#: 04-12013NMG

v.

FAILSAFE AIR SAFETY SYSTEMS, CORP.,
BLUE SAGE CONSULTING, INC,
ELCON MEDICAL, DEBRA
ESPE and ALAN FEURSTEIN,
        Defendants.

## DEFENDANT, BLUE SAGE CONSULTING, INC.'s ASSENTED TO MOTION TO FILE LATE A RESPONSIVE PLEADING

The Defendant in the above-entitled matter, Blue Sage Consulting, Inc., moves this Honorable Court to grant it's assented to Motion to File Late a responsive pleading relative to the Amended Complaint.

In support of this Motion, the Defendant states that Counsel for the Plaintiff, Blue Sage Consulting has spoken with the Attorney for the Plaintiff, and has obtained her assent for the late filing.

WHEREFORE, the Defendant, Blue Sage respectfully requests that this Honorable Court grant its assented to motion to file late its responsive pleading.

ASSENTED TO:

_____
Stacy J. Silveira, Esquire
BBO #: 650675
Brandon Associates, LLC
160 Commonwealth Avenue
Boston MA  02116
(617)695-8949

_____
Robert N. Wilson, Jr., Esquire
BBO #: 558374
46 Washington Street
PO Box 633
Ayer MA  01432-0633
(978)772-9014

Dated: November 26, 2004