UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ASSOCIATES, LLC,
        Plaintiff,

v.

FAILSAFE AIR SAFETY SYSTEMS, CORP.,
BLUE SAGE CONSULTING, INC,
ELCON MEDICAL, DEBRA
ESPE and ALAN FEURSTEIN,
        Defendants.

CA#: 04-12013NMG

FILED
IN CLERK'S OFFICE
2004 NOV 29 P 3:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT BLUE SAGE CONSULTING, INC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER RULE 12(b)

Pursuant to F.R.C.P 12(b), Defendant Blue Sage Consulting, Inc (hereinafter, "Blue Sage") moves the Honarable Court to dismiss Plaintiff's Amended Complaint as to Blue Sage.

In support of its motion, Blue Sage states the following:

1) The Plaintiff, Brandon Associates, LLC (hereinafter, "Brandon Associates") is a Massachusetts limited liability corporation;

2) The defendant, Blue Sage is a Massachusetts corporation;

3) The basis for this claim is diversity of citizenship and a case and controversy in excess of $100,00.00;

4) Upon information and belief, Blue Sage was named as a defendant because of Blue Sage's five (5%) percent equity stake in FailSafe Air Safety Systems, Corp., a New York corporation;

5) The Plaintiff has failed to state a claim upon which relief can be granted; and

6) This court lacks jurisdiction because of a lack of diversity and citizenship.

Blue Sage also attaches and incorporates by reference the Affidavit of Counsel,

WHERFORE, Blue Sage respectfully requests that this Honorable Court grant its motion to dismiss the amended complaint on the basis of:

1) The Plaintiff's failure to state a claim upon which relief can be granted; and

2) The court's lack of jurisdiction due to an absence of complete diversity of citizenship.

As Plaintiff was aware that naming Blue Sage as a defendant would destroy diversity of citizenship, Blue Sage seeks dismissal of the action, sanctions for the bad faith filing of the Amended Complaints, attorney fees and costs.

Robert N. Wilson, Jr., Esquire
BBO #: 558374
46 Washington Street
PO Box 633
Ayer MA  01432-0633
(978)772-9014

Dated: 11/26/2004