UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ASSOCIATES, LLC,
    Plaintiff,

v.

CA#: 04-12013NMG

FAILSAFE AIR SAFETY SYSTEMS, CORP.,
BLUE SAGE CONSULTING, INC,
ELCON MEDICAL, DEBRA
ESPE and ALAN FEURSTEIN,
    Defendants.

## APPEARANCE OF COUNSEL

To the Clerk of Court, kindly enter my appearance as counsel for the Defendant, Blue Sage Consulting, Inc.

_____
Robert N. Wilson, Jr.
BBO# 558374
Law Offices of Robert N. Wilson, Jr.
46 Washington Street
P.O. Box 633
Ayer, MA 01432

Dated: November 26, 2004

## CERTIFICATE OF SERVICE

I, Robert N. Wilson, Jr., hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each of the other parties in this action by hand or US Mail, postage paid, this 26th day of Novmember 2004.

I further certify that I am over the age of eighteen (18) and not a party to this action.

_____
Robert N. Wilson, Jr.

## CERTIFICATE OF SERVICE

I, Robert N. Wilson, Jr., Esquire, attorney for the Defendant, Blue Sage Consulting, certify that on November 26, 2004, I served a copy of the foregoing documents upon all parties by mailing, Regular US Mail, Postage Prepaid.

I further certify that I am over the age of eighteen (18) and not a party to this action.

_____
Robert N. Wilson, Jr., Esquire

Dated: November 26, 2004