United States District Court

District of Massachusetts

Central Division

| | |
|---|---|
| BRANDON ASSOCIATES, LLC,<br>　　　　　Plaintiff<br><br>V.<br><br>FAILSAFE SAFTEY SYTEMS CORP.,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 04-12013-NMG<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Harris K. Weiner, Esq. hereby enters his appearance as co-counsel on behalf of Plaintiff Brandon Associates, LLC in the above-referenced action.

　　　　　　　　　　　　　　　　　Brandon Associates, LLC
　　　　　　　　　　　　　　　　　By and through its attorney,


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Harris K. Weiner, Esq. (#551981)
　　　　　　　　　　　　　　　　　Law Office of Jeffrey B. Pine, Esq. PC
　　　　　　　　　　　　　　　　　321 South Main St., Ste 302
　　　　　　　　　　　　　　　　　Providence, RI  02903
　　　　　　　　　　　　　　　　　401/351-8200 – Telephone
　                                 　　　　401/351-9032 – Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this ___9th___ day of December 2004, I ~~mailed~~ a true copy of the foregoing *Entry of Appearance* to Kenneth Sweder, Esq. and Lori M. Ruskin, Esq., Sweder & Ross, LLP 21 Custom House Street Suite 300, Boston, MA 02110 and Robert N. Wilson, Jr., Esq., 46 Washington Street, P.O. Box 633, Ayer, MA 01432

*delivered by hand*

_____
~~Leslie A. Odom~~