December 10, 2004

Clerk of Court U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re: <u>Brandon Associates, LLC v. FaiSafe Air Safety Systems Corp.</u>
      Case No. 04 12013 NMG

Dear Sir/Madam:

Please be advised that I am withdrawing as counsel for Plaintiff Brandon Associates, LLC from the above-referenced case.

                                                Sincerely,

                                                Stacy J. Silveira, Esq.
                                                BBO # 650675

Enclosure:
cc:    Laurie M. Ruskin, Esq.
       Robert N. Wilson, Esq.
       Harris K. Weiner, Esq.