UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04-12013NMG

BRANDON ASSOCIATES, LLC,
    Plaintiff,

v.

FAILSAFE AIR SAFETY SYSTEMS, CORP.,
BLUE SAGE CONSULTING, INC.,
ELCON MEDICAL, DEBRA ESPE, and
ALAN FEURSTEIN,
    Defendants.
_____/

## MOTION FOR ATTORNEY FEES AND COSTS

COMES NOW THE DEFENDANT, BLUE SAGE CONSULTING, INC., and moves this Honorable Court to grant its motion for attorney fees and costs. In support of this motion, the Defendant attaches and incorporates by reference the affidavit of counsel attached as Exhibit A.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant its Motion for Attorney Fees and Costs in the amount of $5,737.50.

Respectfully submitted,
Blue Sage Consulting, Inc.,
By its Attorney,

_____
Robert N. Wilson, Jr., Esquire
BBO #: 558374
46 Washington Street
PO Box 633
Ayer MA 01432-0633
(978)772-9014

**Certificate of Service**

I, Robert N. Wilson, Jr., hereby certify that I have served a copy of the above motion and attachments upon all parties, in hand, this 9th Day of December, 2004. I further certify that I am over the age of eighteen (18) and not a party to this action.

_____