UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ASSOCIATES, LLC, )
    Plaintiff )
)
v. )
) No. 04 12013NMG
FAILSAFE AIR SAFETY SYSTEMS )
CORP., )
    Defendant )

AFFIDAVIT OF COUNSEL

I, Stacy J. Silveira, Esq., do hereby depose and state the following:

1. That I no longer work for Brandon Associates, LLC.

2. That on December 10, 2004, I was informed that Brandon Associates, LLC was undergoing a corporate reorganization and no longer needed the services of a general counsel. That as a result thereof, I no longer work for Brandon Associates.

3. That on or about December 7, 2004 I sent via Federal Express copies of all relevant documents and materials in the possession of Brandon Associates with a letter detailing the contents thereof to Attorney Harris Weiner, whom Brandon Associates had retained as outside counsel and who noticed his appearance before this Court at the scheduling conference on December 9, 2004.

Subscribed and sworn to under the pains and penalties of perjury.

_____
Stacy J. Silveira, Esq.
BBO No. 650675

Dated: December 18, 2004