**United States District Court**

**District of Massachusetts**

**Central Division**

| | |
|---|---|
| BRANDON ASSOCIATES, LLC,<br>       **Plaintiff**<br><br>V.<br><br>FAILSAFE SAFTEY SYTEMS CORP.,<br><br>       **Defendant** | )<br>)<br>)<br>)<br>)   **C.A. No. 04-12013-NMG**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

Harris K. Weiner, Esq. hereby enters his appearance as co-counsel on behalf of Plaintiff Brandon

Associates, LLC in the above-referenced action.

Brandon Associates, LLC
By and through its attorney,

Harris K. Weiner, Esq. (#551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI  02903
401/351-8200 – Telephone
401/351-9032 – Facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

## CERTIFICATION

*delivered by hand*

I, the undersigned, hereby certify that on this _9th_ day of December 2004, I ~~mailed~~ a true copy of the foregoing *Entry of Appearance* to Kenneth Sweder, Esq. and Lori M. Ruskin, Esq., Sweder & Ross, LLP 21 Custom House Street Suite 300, Boston, MA 02110 and Robert N. Wilson, Jr., Esq., 46 Washington Street, P.O. Box 633, Ayer, MA 01432

_____
Leslie A. Odom