1

2

3

4

**United States District Court**

**District of Massachusetts**

**Central Division**

5

6

7

8

9

10

11

BRANDON ASSOCIATES, LLC,                    )
                **Plaintiff**                             )
                                         )
V.                                          )     **C.A. No. 04-12013-NMG**
                                         )
FAILSAFE SAFTEY SYTEMS CORP.,               )
                **Defendant**                            )
                                         )
                                         )
                                         )

12

13

## OBJECTION TO DEFENDANT'S MOTION TO AMEND COUNTERCLAIM AND JOIN PARTY

14

15

16

17

Plaintiff hereby objects to Defendant's Motion to Amend Counterclaim and Join Party for the reasons set forth in the accompanying Memorandum of Law.

18

19

20

21

22

23

Brandon Associates, LLC
By and through its attorney,

24

25

26

27

28

29

30

Harris K. Weiner, Esq. (#551981)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main St., Ste 302
Providence, RI 02903
401/351-8200 – Telephone
401/351-9032 – Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that on this **8th** day of April 2005, I mailed a true copy of the foregoing *Objection to Defendant's Motion to Amend Counterclaim and Join Party* to Kenneth Sweder, Esq. and Laurie M. Ruskin, Esq., Sweder & Ross, LLP 21 Custom House Street Suite 300, Boston, MA 02110.

Leslie A. Luciano