United States District Court
District of Massachusetts
Central Division

| | |
|---|---|
| BRANDON ASSOCIATES, LLC,<br>   Plaintiff<br><br>V.<br><br>FAILSAFE SAFTEY SYTEMS CORP.,<br><br>   Defendant | )<br>)<br>)<br>)<br>)   C.A. No. 04-12013-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## OBJECTION TO MOTION OF BLUE SAGE CONSULTING, INC. FOR RECONSIDERATION

Now comes Brandon Associates, LLC Plaintiff in the above-referenced action to object to the Motion for Consideration of Blue Sage Consulting, Inc. Brandon seeks Leave of Court to submit this objection more than ten days after it was filed on grounds that Brandon never received a copy of said Motion.

                 Brandon Associates, LLC
                 By and through its attorney,

                 _/s/ Harris K. Weiner_____
                 Harris K. Weiner, Esq. (#551981)
                 Law Office of Jeffrey B. Pine, Esq. PC
                 321 South Main St., Ste 302
                 Providence, RI 02903
                 401/351-8200 – Telephone
                 401/351-9032 – Facsimile

-2-

## CERTIFICATION

I, the undersigned, hereby certify that on this 12th day of August 2005, I mailed a true copy of the foregoing *Objection to Motion of Blue Sage Consulting, Inc. for Reconsideration* to Kenneth Sweder, Esq. and Laurie M. Ruskin, Esq., Sweder & Ross, LLP 21 Custom House Street Suite 300, Boston, MA 02110.

*/s/ Leslie Luciano*
Leslie A. Luciano