UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ASSOCIATES, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>FAILSAFE AIR SAFETY SYSTEMS CORP.,<br>    *Defendant/Plaintiff-in-Counterclaim*<br><br>v.<br><br>DONALD B. FLANAGAN, in this individual capacity,<br>    *Defendant-in-Counterclaim* | Civil Action No. 04-12013 NMG |

**JOINT MOTION**
**TO STAY SCHEDULING ORDER AND DISCOVERY**

The parties, *Brandon Associates, Inc.*, *Donald B. Flanagan*, and *Failsafe Air Safety Systems Corp.*, hereby respectfully request that this Court stay its Scheduling Order and all further discovery until after the upcoming Mediation in the hopes that the parties will successfully resolve their dispute.

In support of this motion, the parties state as follows:

- Pursuant to the original Scheduling Order issued in this matter, all written discovery was completed on June 30, 2005. Subsequent to this date, the Court granted the Defendant's motion to amend its counterclaim and add *Donald B. Flanagan* as a third-party defendant. See *Memorandum and Order* of July 11, 2005, Gorton, D.J. Accordingly, no written discovery has been taken by or of Mr. Flanagan as a party to this action.

- In addition, pursuant to the Scheduling Order, all remaining fact discovery must be completed as of September 30, 2005.

- However, on June 17, 2005, the Court issued an *Order Of Reference For Alternative Dispute Resolution* and has recently contacted the parties with respect to scheduling a Mediation in the fall of 2005.

- In an effort to mitigate the time and expense of further litigation, and in the hope that the upcoming Mediation will resolve the parties' dispute, the parties seek to stay the Scheduling Order including all further discovery until the Mediation has been completed.

- Should the Mediation not be successful, the parties will thereafter seek to amend the original Scheduling Order to allow the parties to complete all necessary discovery and to set forth a new schedule for the filing of dispositive motions.

WHEREFORE, for these aforementioned reasons, the parties request that, in light of the upcoming Mediation, the Court stay its Scheduling Order, including all further discovery and the filing of dispositive motions.

BRANDON ASSOCIATES, LLC
By its attorney,

*s/Harris K. Weiner*
_____
Harris K. Weiner, BBO # 551981
LAW OFFICE OF JEFFREY B. PINE, ESQ. PC
321 South Main St., Suite 302
Providence, RI  02903
(401) 351-8200

Dated:  August 22, 2005

FAILSAFE AIR SAFETY SYSTEMS CORP.
By its attorney,

*s/Laurie M. Ruskin*
_____
Laurie M. Ruskin, *Of Counsel*, BBO# 630374
SWEDER & ROSS LLP
21 Custom House Street, Suite 300
Boston, MA  02110
(617) 646-4466

2

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each of the other parties in this action by U.S. mail this 22nd day of August, 2005.

*s/Laurie M. Ruskin*
_____
Laurie M. Ruskin