UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Brandon Associates, LLC,**

       Plaintiff,                                                                                   CA04-12013NMG

   v.

**Failsafe Air Safety Systems Corp.,**

       Defendant,

<u>NOTICE</u>

**PLEASE TAKE NOTICE that this matter has been set for a hearing on all pending motions on <u>Tuesday, February 14, 2006 at 3:30 p.m.</u>, before the Honorable Nathaniel M. Gorton.  The conference will be held at the United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way,  Boston, Massachusetts, courtroom no. 4 on the 3rd floor. <u>The parties are to inform the court of the status of mediation and the resolution of pending matters on or before January 20, 2006.</u>**

                                               **Tony Anastas, Clerk of Courts**
                                               /s/ Craig J. Nicewicz

**1/9/2006**                                                                            _____
   **Date**                                                                             **Craig  Nicewicz, Deputy  Clerk**

**617-748-9158**

Case 1:04-cv-12013-NMG    Document 59    Filed 01/09/2006    Page 2 of 2