# EXHIBIT A

| Date | | Item | Time | Cost | Total Income Lost |
|---|---|---|---|---|---|
| 2004 | 9/16/04 | Telephone conference with attorneys | 1.30 | $228 | |
| | 9/24/04 | Review amended complaint | 1.20 | $210 | |
| | 9/24/04 | Telephone conference with attorney | 0.45 | $79 | |
| | 9/25/04 | Telephone conference with attorney | 0.20 | $35 | |
| | 9/28/04 | Telephone conference with attorney | 0.20 | $35 | |
| | 9/29/04 | Telephone conference with attorney | 0.30 | $53 | |
| | 9/29/04 | Email to attorneys | 0.20 | $35 | |
| | 10/2/04 | Review answer to complaint | 1.50 | $263 | |
| | 10/5/05 | Review amended complaint | 0.45 | $79 | |
| | 10/19/04 | Review affadavit | 0.30 | $53 | |
| | 10/27/04 | Review responses to motions | 1.50 | $263 | |
| | 10/30/04 | Review motion | 0.45 | $79 | |
| | 11/8/04 | Reviewed brief | 0.30 | $53 | |
| | 11/15/04 | Reviewed various legal documents | 0.45 | $79 | |
| | 12/4/04 | Letter to attorney | 0.45 | $79 | |
| | 12/4/04 | Reviewed Brandon documents | 0.30 | $53 | |
| | 12/16/04 | Email to attorneys | 0.20 | $35 | |
| | 12/17/04 | Email to attorneys | 0.10 | $18 | |
| | 12/20/04 | Email to attorneys | 0.10 | $18 | |
| | 12/22/04 | Email to attorneys | 0.10 | $18 | |
| | 12/23/04 | Email to attorneys | 0.20 | $35 | |
| 2005 | 1/8/05 | Reviewed answer to amended complaint | 0.45 | $79 | |
| | 1/9/05 | Review file for upcoming meeting | 1.10 | $193 | |
| | 1/10/05 | Telephone conference with attorneys | 0.50 | $88 | |
| | 1/12/05 | Research | 0.30 | $53 | |
| | 3/26/05 | Review/respond to emails from attorneys | 0.45 | $79 | |
| | 3/25/05 | Review motion | 0.40 | $70 | |
| | 3/27/05 | Review/respond to emails from attorneys | 0.20 | $35 | |
| | 3/28/05 | Telephone conference with attorney | 0.10 | $18 | |
| | 4/15/05 | Review of court documents | 1.10 | $193 | |
| | 7/14/05 | Telephone conference with attorney | 0.30 | $53 | |
| | 7/21/05 | Email to attorneys | 0.20 | $35 | |
| | 6/16/05 | Review/respond to emails from attorneys | 0.20 | $35 | |
| | 7/25/05 | Email to attorneys | 0.20 | $35 | |
| | 8/4/05 | Email to attorneys | 0.10 | $18 | |
| | 8/5/05 | Telephone conference with attorney | 0.20 | $35 | |
| | 9/12/05 | Email to attorneys | 0.40 | $70 | |
| | 9/14/05 | Email to attorneys | 0.10 | $18 | |
| | 9/29/05 | Email to attorneys | 0.30 | $53 | |
| | 10/3/05 | Email to attorneys | 0.20 | $35 | |
| | 11/7/05 | Email to attorneys | 0.30 | $53 | |
| | 11/9/05 | Email to attorneys | 0.20 | $35 | |
| | 11/21/05 | Email to attorneys | 0.20 | $35 | |
| | 11/25/05 | Telephone conference with attorney | 0.10 | $18 | |
| | 11/30/05 | Email to attorneys | 0.40 | $70 | |
| | 12/2/05 | Email to attorneys | 2.00 | $350 | |
| | 1/9/06 | Email to attorneys | 0.40 | $70 | |
| | 1/17/06 | Telephone conference with attorny | 0.30 | $53 | |
| | | Total | | $3,666 | |