UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ASSOCIATES, LLC,
    *Plaintiff,*

v.

FAILSAFE AIR SAFETY SYSTEMS CORP.,
    *Defendant/Plaintiff-in-Counterclaim*

v.

DONALD B. FLANAGAN, in this individual capacity,
    *Defendant-in-Counterclaim*

Civil Action No. 04-12013 NMG

## STIPULATION OF DISMISSAL

The parties, *Brandon Associates, LLC*, *Donald B. Flanagan*, and *Failsafe Air Safety Systems Corp.*, after mediation (ordered by this Court on June 17, 2005) and settlement, hereby stipulate that the above entitled action be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), as so agreed to by the parties.

| | |
|---|---|
| BRANDON ASSOCIATES, LLC<br>By its attorney, | FAILSAFE AIR SAFETY SYSTEMS CORP.<br>By its attorney, |
| *s/Harris K. Weiner*<br>_____<br>Harris K. Weiner, BBO # 551981<br>LAW OFFICE OF JEFFREY B. PINE, ESQ. PC<br>321 South Main St., Suite 302<br>Providence, RI  02903<br>(401) 351-8200 | *s/Laurie M. Ruskin*<br>_____<br>Laurie M. Ruskin, *Of Counsel*, BBO# 630374<br>SWEDER & ROSS LLP<br>21 Custom House Street, Suite 300<br>Boston, MA  02110<br>(617) 646-4466 |

Dated:  April 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each of the other parties in this action by U.S. mail this 28th day of April, 2006.

*s/Laurie M. Ruskin*
_____
Laurie M. Ruskin